UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                                   NO. CIV. S-04-2483 LKK/DAD

RODNEY L. CUNNINGHAM;
PAMELA L. CUNNINGHAM; and
GUILD MORTGAGE CO.,

      Defendants.
                                      /

    On November 29, 2005, plaintiff filed a motion for summary judgment to be heard on January 17, 2006 on the court's Law and Motion calendar. On March 15, 2005, following a conference with the parties, the court issued its Status Order which explicitly states that:

> All law and motion except as to discovery is left open, save and except that it shall be conducted so as to be completed by November 29, 2005. The word "completed" in this context means that all law and motion matters <u>must be heard by</u> the above date (emphasis supplied).

////

////

1

1    Consequently, plaintiff's motion for summary judgment is
2 DENIED as untimely.
3    IT IS SO ORDERED.
4    DATED: December 15, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT