UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                          NO. CIV. S-04-2483 LKK/DAD

RODNEY L. CUNNINGHAM;
PAMELA L. CUNNINGHAM; and
GUILD MORTGAGE CO.,

    Defendants.
_____/

On December 16, 2005, the court denied the government's motion for summary judgment in the above-captioned case because it was not timely filed. On January 3, 2006, the government requested leave to file its motion for summary judgment because "this action is more properly adjudicated by summary judgment rather than by trial." Based on the record, the court agrees. The court, however, hereby ORDERS as follows:

    1.    Counsel for the United States is ORDERED TO SHOW CAUSE in writing, within ten (10) days of the effective date of this order, why sanctions should not issue in the above-captioned case

1

1  in the amount of One Hundred Fifty Dollars ($150).[1]

2     2.  Hearing on the motion for summary judgment is CONTINUED
3  to February 27, 2005 on the court's Law and Motion Calendar
4  beginning at 10:00 a.m. in Courtroom No. 4.

5     3. An opposition brief, or statement of non-opposition, shall
6  be filed by February 6, 2006 at 4:00 p.m.  A reply brief shall be
7  filed by February 13, 2006 at 4:00 p.m.

8     IT IS SO ORDERED.

9     DATED:  January 4, 2006.

            /s/Lawrence K. Karlton
            LAWRENCE K. KARLTON
            SENIOR JUDGE
            UNITED STATES DISTRICT COURT

---

[1] The court notes that by granting this request it does not condone the failure to adhere to the court's scheduling order. The court admonishes plaintiff's counsel that future non-compliance with the court's scheduling order, in this case or others, will result in more severe sanctions.

2