UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                            NO. CIV. S-04-2483 LKK/DAD

RODNEY L. CUNNINGHAM;
PAMELA L. CUNNINGHAM; and
GUILD MORTGAGE CO.,

    Defendants.
_____/

    On January 5, 2006, plaintiff's counsel in the above-captioned case was ordered to show cause why sanctions should not be imposed for failure to comply with the deadlines set in the court's Status (Pretrial Scheduling) Order.[1]  The court is in receipt of plaintiff counsel's response.

    No good cause being shown, counsel for plaintiff is sanctioned in the amount of one hundred and fifty ($150.00) dollars.  This sum

---

[1] Plaintiff's counsel failed to timely file a motion for summary judgment to be heard before the close of law and motion practice set by the court's Status Order.

1

1 shall be paid to the Clerk of the Court no later than thirty (30)
2 days from the effective date of this order.  Counsel shall file an
3 affidavit accompanying the payment of this sanction which states
4 that it is paid personally by counsel, out of personal funds, and
5 is not and will not be billed, directly or indirectly, to the
6 client or in any way made the responsibility of the client as
7 attorneys' fees or costs.

8     IT IS SO ORDERED.

9     DATED:  January 17, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2