UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                                  NO. CIV. S-04-2483 LKK/DAD

RODNEY L. CUNNINGHAM;
PAMELA L. CUNNINGHAM; and
GUILD MORTGAGE CO.,

        Defendants.

                                            /

    On January 5, 2006, the court set the government's motion for summary judgment for hearing on February 27, 2006.  Defendants were ordered to file an opposition brief or a statement of non-opposition by February 6, 2006.  Defendants have failed to do so.

    Accordingly, the court hereby ORDERS as follows:

    1.  Counsel for defendants is hereby ORDERED TO SHOW CAUSE in writing not later than ten (10) days from the effective date of this order why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150) as required by Local Rule 11-110 for failure to file a timely opposition in

1

1 accordance with Local Rule 78-230, unless that party timely files
2 a written Statement of No Opposition.
3     2.  Hearing on the government's motion for summary judgment
4 is CONTINUED to March 27, 2006 at 10:00 a.m. on the court's Law and
5 Motion calendar.  Defendants are ordered to file an opposition
6 brief or statement of non-opposition brief by March 10, 2006 at
7 4:30 p.m.  A reply brief, if any, must be filed by March 17, 2006
8 at 4:30 p.m.
9     3.  The Pretrial Conference, currently set for March 6, 2006,
10 is CONTINUED to May 30, 2006 at 2:00 p.m.  The court will reset the
11 trial date, if appropriate, at that time.
12     IT IS SO ORDERED.
13     DATED: February 22, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT