UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                 NO. CIV. S-04-2483 LKK/DAD

RODNEY L. CUNNINGHAM;
PAMELA L. CUNNINGHAM; and
GUILD MORTGAGE CO.,

    Defendants.
_____/

On February 22, 2006, the court ordered counsel for defendants to show cause in writing not later than ten (10) days from the effective date of the order why sanctions should not issue for failure to file a timely opposition. The government's motion for summary judgment was consequently CONTINUED to March 27, 2006 at 10:00 a.m. Defendants have failed to respond to the court's February 22, 2006 order to show cause and have also failed to file an opposition brief or statement of non-opposition in accordance with the Local Rules.

////

1

1        Accordingly, the court hereby ORDERS as follows:

2        1.  The government's motion for summary judgment is GRANTED.

3        2.  Counsel for defendants is hereby ORDERED TO SHOW CAUSE in
4   writing not later than ten (10) days from the effective date of
5   this order why he should not be further sanctioned for failure to
6   respond to the court's February 22, 2006 order to show cause and
7   for failure to file an opposition brief or a statement of non-
8   opposition brief pursuant to the Local Rules.

9        3. Defendant's counsel is hereby SANCTIONED in the amount of
10  one hundred and fifty ($150.00).  This sum shall be paid to the
11  Clerk of the Court no later than thirty (30) days from the
12  effective date of this order.  Counsel shall file an affidavit
13  accompanying the payment of this sanction which states that it is
14  paid personally by counsel, out of personal funds, and is not and
15  will not be billed, directly or indirectly, to the client or in any
16  way made the responsibility of the client as attorneys' fees or
17  costs.

18       IT IS SO ORDERED.

19       DATED:  March 22, 2006.

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2